# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

___

UNITED STATES OF AMERICA,

        Plaintiff,                                           Case No. 07-CR-25

   v.

WENDELL JAY DAVIS,

        Defendant.

___

## PRELIMINARY ORDER OF FORFEITURE
___

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea of the above-named defendant to Count One of the Information, defendant Wendell Jay Davis agrees to the forfeiture of his interest in properties named in the forfeiture provision of the Information filed on January 24, 2007;

**IT IS HEREBY ORDERED** that any right, title and interest of the defendant in the properties described below is hereby forfeited to the United States pursuant to Title 17, United States Code, Sections 506(b) and 509:

        A.    Dell Dimension Desktop Computer, S/N 7FG8N51;

        B.    Hewlett Packard Pavillion CD-Writer and Desktop Computer, S/N U593267030; and

        C.    Miscellaneous Floppy Diskettes and Cases.

**IT IS FURTHER ORDERED** that the above items shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative.

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the properties according to law.

**IT IS FURTHER ORDERED** that this Order be incorporated by reference in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 26th day of March, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge